UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 15CR10314 (DHH) |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| JUDITH DEL CARMEN RODRIGUEZ DEL SOLANO, | ) | 21 U.S.C. § 963 (Conspiracy to Import a Controlled Substance) |
| | ) | |
| Defendant. | ) | 21 U.S.C. § 853 (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

**COUNT ONE:**   (21 U.S.C. § 963 – Conspiracy to Import a Controlled Substance)

Beginning on a date unknown to the Grand Jury, but no later than September 2, 2015, and continuing to September 3, 2015, at Boston, in the District of Massachusetts,

**JUDITH DEL CARMEN RODRIGUEZ DEL SOLANO,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to unlawfully import into the United States from a place outside thereof, to wit, the Dominican Republic, cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 952(a) and 960.

All in violation of Title 21 United States Code, Section 963.

1

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count One of this Indictment,

**JUDITH DEL CARMEN RODRIGUEZ DEL SOLANO,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of this Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson of the Grand Jury

_____
Seth B. Orkand
Assistant U.S. Attorney

District of Massachusetts; October 8, 2015.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 11:19 AM
10/8/15